CATHERINE MYERS, Respondent, *v.* ALBANY SAVINGS BANK, Appellant.

Submitted September 30, 1946; decided October 10, 1946.

This court, in affirming the judgments below, decided only that on the facts of this particular case, enforcement of defendant's by-law requiring an indemnity bond is unreasonable. [See 296 N. Y. 562.]

In the Matter of the Accounting of MARGARET M. BURNET, as Committee of the Estate of FRANK MCCANN, an Incompetent Person. ANTHONY J. GRAZIANO et al., Constituting the Firm of GRAZIANO & GRAZIANO, Attorneys for MARGARET M. BURNET, as Committee of FRANK MCCANN et al., Appellants. FRANK T. HINES, Administrator of Veterans' Affairs, Respondent.

Submitted September 30, 1946; decided October 10, 1946.

*Frank Klipper* for motion.
*Anthony J. Graziano* opposed.

Appeals of Margaret M. Burnet, as committee of Frank McCann, and of Mathew H. Brandenburg discontinued, without costs, on the stipulation of the parties.

Motion to dismiss appeal of Graziano & Graziano granted and appeal dismissed, with costs and $10 costs of motion unless said appellants serve and file an undertaking on appeal and pay $10 costs, within ten days, in which event motion denied.